UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL JUDGMENT RECOVERY, INC.,

    Plaintiff,

v.                               Case No.: 8:21-mc-66-TPB-AAS

KEVIN LEACH,

    Defendant.
_____/

**ORDER**

Nationwide Judgment Recovery, Inc. (NJR), as Assignee of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his Capacity as Court Appointed Receiver for Rex Venture Group, LLC, moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue writs of garnishment against Wells Fargo Bank and Fifth Third Bank for a judgment owed by Kevin Leach. (Docs. 30, 31).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id*. Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

1

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, entered judgment against the defendant class, including Mr. Leach, in the amount of $10,400.15, plus accruing post-judgment interest. (Doc. 1, Ex. 1). According to NJR's motions, this amount remains unpaid.

NJR's Motions for Writs of Garnishment (Docs. 30, 31) are **GRANTED**. The Clerk of Court is **DIRECTED** to issue the writs of garnishment to the named garnishees using the forms attached to NJR's motions. (Doc. 30, Ex. 1, 31, Ex. 1). NJR must include with the writ copies of:

    a.    NJR's Motion for Writ of Garnishment (Docs. 30, 31),
    b.    this Order, and
    c.    The Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on February 22, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge